UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS WILSON, | ) | No. CV 06-4087-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 12, 2009

_/s/ George H. Wu_
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE